UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case 4:02CR00230 CDP |
| | ) | |
| LOVETTA FARRAR, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON PROBABLE CAUSE AND DETENTION PENDING
<u>FINAL SUPERVISED RELEASE REVOCATION HEARING</u>**

Defendant, Lovetta Farrar, came before the undersigned on a warrant for her arrest issued on May 2, 2005, on order of the Honorable Catherine D. Perry, United States District Judge. The Order was issued on the petition of a United States Probation Officer, and alleged that Defendant violated conditions of supervised release imposed by the Court. Defendant was arrested on June 28, 2005, and had her initial appearance before the undersigned on that date. Counsel was appointed for Defendant, and a preliminary supervised release revocation hearing and hearing on detention were set for June 30, 2005.

On June 30, 2005, Defendant appeared with her attorney, JoAnn Trog. The government appeared by Assistant United States Attorney Michael W. Reap. After conferring with counsel and being advised by the Court of her legal right to a preliminary supervised release revocation hearing, Defendant knowingly and voluntarily waived her right to a preliminary supervised release revocation hearing, both orally and in writing,

and agreed to be bound over for the final supervised release revocation hearing scheduled for July 7, 2005.

Defendant also voluntarily waived her right to a bond hearing and did not contest the government's motion for pretrial detention. Neither party had any objections to the information contained in the Pretrial Services Report, dated June 29, 2005, although Defendant does not concede the accuracy of all of the information related to her prior criminal history. For the reasons set forth in the Pretrial Services Report, and based further on Defendant's waiver, the undersigned finds that there is no condition or combination of conditions that would reasonably assure Defendant's appearance and the safety of the community, and the undersigned therefore orders that Defendant be detained pending a final supervised release revocation hearing.

**THEREFORE, IT IS HEREBY ORDERED** that Defendant be held to appear for a final supervised release revocation hearing on **Thursday, July 7, 2005, at 2:00 p.m.** before the Honorable Catherine D. Perry.

**IT IS FURTHER ORDERED** that Defendant shall remain in the custody of the United States Marshal pending the final revocation hearing in this matter.

_____
AUDREY G. FLEISSIG
United States Magistrate Judge

Dated this 30th day of June, 2005.